1
2
3
4
5
6

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK SUPINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>SALLIE MAE, INC. / NAVIENT,<br><br>    Defendants. | No.  2:14-cv-1495 MCE GGH PS |
| JACK SUPINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>SALLIE MAE, INC. / NAVIENT,<br><br>    Defendants. | No.  2:14-cv-1607 MCE GGH PS |
| JACK SUPINGER,<br><br>    Plaintiff,<br><br>  v.<br><br>SALLIE MAE, INC. / NAVIENT,<br><br>    Defendants. | No.  2:14-cv-1894 MCE GGH PS<br><br><br>ORDER |

/////

1

These related cases differ only in that each newer case adds allegations of additional and more recent violations.  Case numbers 14-1607 and 14-1894 serve as supplemental complaints in that respect to the complaint filed in 14-1495.  For the sake of efficiency, therefore, case numbers 14-1607 and 14-1894 will be dismissed, and plaintiff will be provided the opportunity to file a second amended complaint in case number 14-1495 which contains all of the alleged violations against defendant.

Accordingly, IT IS HEREBY ORDERED:

1. Related case Nos. 2:14-cv-1607 and 2:14-cv-1894 are dismissed without prejudice;

2. Within twenty-one days of this order, plaintiff shall file a second amended complaint in case No. 2:14-cv-1495 which contains all of his allegations;

3. Defendant shall file an answer to the second amended complaint within twenty-one days of being served with the second amended complaint.

Dated: October 27, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Supinger.1495.2am